May 16, 1980.

427 A.2d 248

Bahls et al., Appellants v. Northern Pipe Line Co. et al.

Submitted September 13, 1979. C. William Freed, Jr., for appellants; Jay H. Karsch, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The order of the lower court is hereby affirmed.

427 A.2d 248

Commonwealth v. Dennis, Appellant.

Submitted November 16, 1979. John R. Hoye, Jr., for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.